IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00094-CMA-BNB

GREGORY GOODLOE,

Petitioner,

v.

DICK SMELSER, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter arises on the respondents' **Response to Order and Request for Clarification** [Doc. #23, filed 02/03/2010] (the "Motion").  The Motion is GRANTED insofar as it seeks clarification of an order I issued previously [Doc/ #22].

My previous order directed the respondents to "provide the Court with the complete record from the state trial court and all briefs and pleadings filed in the state supreme and appellate courts in the criminal prosecution and post-conviction proceedings that underlie" the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #2, filed 01/15/2008] (the "Application").  The respondents state that they have already provided the court with "the relevant briefs and orders filed in the Applicant's direct appeal."  If these relevant briefs and orders constitute all of the papers filed in the state supreme and appellate courts in the criminal prosecution, the respondents do not need to provide these materials again.  If not, the respondents need only supplement the record with any papers that have not already been provided.

The respondents further state that the petitioner's post-conviction proceedings are not relevant to the Application. The respondents do not need to provide briefs and papers filed in the petitioner's post-conviction proceedings if they are not relevant to the Application.

The respondents have not provided the court with the complete record from the state trial court. This record must be provided.

IT IS ORDERED that the Motion is GRANTED as stated.

Dated February 3, 2010.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge